IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>0ESHOP-2014, et al.,<br><br>Defendants. | Case No. 20-cv-02930<br><br>**Judge Thomas M. Durkin**<br><br>**Magistrate Judge Jeffrey Cole** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Deckers Outdoor Corporation ("Plaintiff") hereby dismiss this action with prejudice as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| Alliteration 2 specially sold cowboys | 45 |
| changyubao | 69 |
| Dailey sonme well down latey | 80 |
| dynamomee | 88 |
| Is A Hero | 135 |
| JH4218 | 139 |
| jingmai003 | 147 |
| jingman | 148 |
| LIN Supermarket | 175 |
| ling ling 123 | 177 |
| maguangbo | 189 |
| MIN2 STORE | 195 |
| SMX | 235 |
| Trend square | 255 |
| tuikmf | 256 |
| vdibjtoy | 261 |
| WanliFly | 264 |
| Yikai8686 | 289 |
| Zixin International Trade | 303 |

| | |
|---|---|
| Dated this 24th day of July 2020. | Respectfully submitted, |

/s/ RiKaleigh C. Johnson
Amy C. Ziegler
Justin R. Gaudio
RiKaleigh C. Johnson
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rjohnson@gbc.law

*Counsel for Plaintiff Deckers Outdoor Corporation*